O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>REYES ROJO BURGOS,<br><br>　　　　　　Defendant. | Case No. SA 12-0044M<br><br>**ORDER OF DETENTION** |

I

A.　(　)　On motion of the Government in a case allegedly involving:

　　1.　(　)　a crime of violence.

　　2.　(　)　an offense with maximum sentence of life imprisonment or death.

　　3.　(　)　a narcotics or controlled substance offense with maximum sentence of ten or more years.

　　4.　(　)　any felony - where defendant convicted of two or more prior offenses described above.

　　5.　(　)　any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

      device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1.   (x)   a serious risk that the defendant will flee.
    2.   ( )   a serious risk that the defendant will:
        a.   ( )   obstruct or attempt to obstruct justice.
        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.   ( )   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   (X)   the appearance of the defendant as required.
    ( ) and/or
    2.   ( )   the safety of any person or the community.

B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1     destructive device;
2   B.   the weight of evidence against the defendant;
3   C.   the history and characteristics of the defendant; and
4   D.   the nature and seriousness of the danger to any person or the community.

### IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V

The Court bases the foregoing finding(s) on the following:
  A.   (X)   As to flight risk:

**Defendant is undocumented. He has no ties to the community and no bail resources.**

  B.   ( )   As to danger:

### VI

  A.   ( )   The Court finds that a serious risk exists the defendant will:
      1.   ( )   obstruct or attempt to obstruct justice.
      2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
  B.   The Court bases the foregoing finding(s) on the following:

### VI

  A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
  B.   IT IS FURTHER ORDERED that the defendant be committed to the

1  custody of the Attorney General for confinement in a corrections facility
2  separate, to the extent practicable, from persons awaiting or serving sentences
3  or being held in custody pending appeal.
4      C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5  opportunity for private consultation with counsel.
6      D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7  States or on request of any attorney for the Government, the person in charge
8  of the corrections facility in which defendant is confined deliver the defendant
9  to a United States marshal for the purpose of an appearance in connection with
10 a court proceeding.

12 DATED: February 9, 2012

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE